**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD OLLO COLEMAN,

Defendant.

Criminal No. 20-231(7) (JRT/DTS)

**FINAL ORDER OF FORFEITURE**

---

WHEREAS, on September 19, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(8), and 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c) (Docket No. 359);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on September 26, 2024 and December 4, 2024, respectively, providing notice of the government's intention to dispose of the subject property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no third parties have filed a petition or otherwise asserted a legal interest in any of the property;

Now, therefore, **IT IS HEREBY ORDERED** that:

1. The United States' Motion for a Final Order of Forfeiture (Docket No. [442]) is **GRANTED**;

2. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 982(a)(8), and 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

a. $13.14 seized from Wells Fargo Bank account number 6115171305 held in the name of Universal Maginze Inc.;
b. $21.57 seized from Wells Fargo Bank account number 6833871327 held in the name of World Wide Publications Inc.; and,
c. $22,368.96 seized from Wells Fargo bank account 1833866021 held in the name of World Wide Publications;

Miscellaneous electronic devices and cassette tapes seized from 1162 Hillside Green Way, Powder Springs, GA on February 19, 2020, including:

d. Western Digital External hard drive;
e. Toshiba Laptop computer;
f. HP Laptop computer (Black);
g. HP Pavillion Laptop;
h. HP Laptop computer (Black);
i. Samsung Galaxy S7 Edge;
j. Motorola G7;
k. Black Galaxy Note 10; and,
l. Dell Inspiron 3688 desktop computer;

Miscellaneous electronic devices and cassette tapes turned over by Ronald Coleman on June 10, 2020, including:

m. Cricket Track Mobile Phone Model Cp3636a Part# 3636ABB SKU# DCPN5001; and,
n. HP Laptop Model No. 15-ay041wm, serial No. CND645BBOXg

(together, "the Property"); and

3. The United States shall dispose of the Property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 15, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge